**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** § § | |
| Plaintiff, § § | Civil Action # 3:08-cv-01687-M |
| v. § § | |
| **Ryan M. Reynolds,** § | |
| **Desmond J. Milligan,** § | |
| **Jason W. Brola,** § | |
| **Timothy T. Page,** § | |
| **Market 99, Ltd., formerly known as Ecarfly, Inc.,** § § | |
| **Tryst Capital Group, L.L.C.,** § | |
| **Griffdom Enterprises, Inc.,** § | |
| **Testre, L.P., and** § | |
| **Bellatalia, L.P.** § | |
| Defendants. § | |

**SECOND UNOPPOSED MOTION TO AMEND JOINT REPORT
REGARDING PROPOSED SCHEDULING ORDER [Doc #28]**

TO THE UNITED STATES DISTRICT JUDGE OF SAID COURT:

Defendants Bellatalia, L.P. and Ryan M. Reynolds (collectively "the Reynolds defendants") submit this second unopposed motion to amend the Joint Report Regarding Proposed Scheduling Order [Doc #28]. Counsel for the Reynolds defendants makes this request after conferring with the attorneys for plaintiff, Securities and Exchange Commission, and the attorney for defendants Timothy T. Page and Testre, L.P., (being all of the defendants who have filed an answer in this

1

matter), as well as the Assistant United States Attorney for the Northern District of Texas, and after determining that all such parties are in agreement.

On March 11, 2009 the Court entered an electronic order [Doc #35] modifying the Joint Report Regarding Proposed Scheduling Order by permitting the parties to exchange initial Fed. R. of Civ. P. 26(a)(1) disclosures on or before March 24, 2009. The Reynolds defendants have been informed by the U.S. Attorney's Office that it is preparing and will be seeking a stay of discovery in this case. In anticipation of such, the parties agree that it will be best to again modify the Joint Report Regarding Proposed Scheduling Order to postpone the Fed. R. of Civ. P. 26(a)(1) disclosures until April 15, 2009 and pray that this Court order same.

Respectfully submitted this 24th day of March, 2009.

      /s/   David A. Carp
David A. Carp
Herzog & Carp
TBN: 03836500
P. O. Box 218845
Houston, Texas 77218-8845
713.781.7500   Phone
713.781.4797   Fax

Attorneys for Defendants
Ryan M. Reynolds and Bellatalia, L.P.

CERTIFICATE OF SERVICE

      This is to certify that on March 24, 2009, I electronically filed the foregoing Second Unopposed Motion to Amend Joint Report Regarding Proposed Scheduling Order with the clerk of court for the U. S. District Court, for the Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

| | |
|---|---|
| Leslie J. Hughes, Esq. | Attorneys for the United States |
| John B. Smith, Esq. | Securities and Exchange |
| Denver Regional Office | Commission |
| 1801 California Street, Suite 1500 | |
| Denver, CO 80202-2656 | |
| HughesLJ@sec.gov | |
| SmithJB@sec.gov | |

John Courtade, Esq.
John Courtade, P.C.
4408 Spicewood Springs Road
Austin, TX 78759
johncourtade@johncourtade.com

                                                /s/   David A. Carp