# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § § | CIVIL ACTION NO. 3:08-cv-1687-M |
| v. | § § | |
| RYAN M. REYNOLDS ET AL., | § § | |
| Defendants. | § § § | |

## ORDER

Before the Court are two Motions filed by the United States of America, one to intervene in the above action and another to stay the case [Docket Entries #39 and #40]. The Motions are **GRANTED**. This case is **STAYED** and **ADMINISTRATIVELY CLOSED**. The Court will reopen the case on motion of any party.

**SO ORDERED.**

April 9, 2009

*[signature]*
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**