UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:08-cv-01687-M |
| | § | |
| RYAN M. REYNOLDS ET AL., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before the Court is the Unopposed Motion of the Plaintiff, Securities and Exchange Commission, to reopen this case and to dismiss its remaining claims against defendants Ryan Reynolds, Bellatalia L.P., Timothy Page, and Testre, L.P.  The Motion is GRANTED.

IT IS ORDERED that the case is reopened and all remaining claims in this case are DISMISSED with prejudice.

**SO ORDERED.**

**January 9, 2013.**


**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**